UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    LaSaundra Williams<br><br><br><br>           Debtor | Chapter 13<br><br>Bankruptcy No. 19-16364-JKF |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 10/10/2019.

3.    This Motion to Dismiss has been filed for the following reason(s):

- The Debtor(s) has/have failed to file tax returns with the: Pennsylvania Department of Revenue:  2017 & 2018

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 03/06/2020                              Respectfully submitted,

                                                      */s/ Polly A. Langdon, Esq.*
                                                      Polly A. Langdon, Esq.
                                                      for
                                                      Scott F. Waterman, Esq.
                                                      Standing Chapter 13 Trusteee
                                                      2901 St. Lawrence Avenue, Suite 100
                                                      Reading, PA  19606
                                                      Telephone: (610) 779-1313